UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                              Case No. 1:04-CR-52
                                              Hon. David W. McKeague[1]

ROBERT TARPLEY,

    Defendant.

_____/

## ORDER

On October 17, 2005, the Court granted defendant's oral motion to adjourn his sentencing hearing. In accordance with several matters that were raised during the hearing,

IT IS ORDERED that defendant may file a written motion to withdraw his plea by November 16, 2005. If defendant does not file such motion, a sentencing hearing will be scheduled accordingly.

FURTHERMORE, IT IS ORDERED that defense counsel's oral motion to withdraw as counsel is DENIED WITHOUT PREJUDICE. Defense counsel may file a written motion to withdraw as counsel by November 16, 2005.

FURTHERMORE, IT IS ORDERED that this case be reassigned to a district court judge in accordance with this Court's current procedures.

IT IS SO ORDERED.

                                                     /s/ David W. McKeague
                                                       DAVID W. McKEAGUE
Date: October  26 , 2005                    UNITED STATES CIRCUIT JUDGE

---

[1] The Honorable David W. McKeague, United States Circuit Judge for the Sixth Circuit Court of Appeals, sitting by designation.